DERICK E. KONZ, ESQ., SB No. 286902
 Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
 Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants OFFICER ELIAS MCKNIGHT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE PINEDO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELIAS MCKNIGHT,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-03242-JAM-CSK<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

///

///

///

///

///

-1-
STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1  THE PARTIES, by and through their respective counsel and subject to the approval of this
2  Court, hereby stipulate and respectfully request to modify the following deadlines set forth in this
3  Court's Pretrial Scheduling Order (ECF No. 13).

|  | **Original Date** | **New Date** |
|---|---|---|
| Expert Disclosures | August 8, 2025 | December 5, 2025 |
| Rebuttal Expert Disclosures | August 22, 2025 | December 19, 2025 |
| Expert Deposition Deadline |  | January 31, 2026 |
| Joint Mid-Litigation Statement | September 19, 2025 | September 19, 2025 |
| Fact Discovery Deadline | October 3, 2025 | October 3, 2025 |
| Dispositive Motion Deadline | November 28, 2025 | none |
| Joint Pretrial Statement | March 20, 2026 | March 20, 2026 |
| Final Pretrial Conference | March 27, 2026 | March 27, 2026 |
| Trial | May 11, 2026 | May 11, 2026 |

Dated:  June 10, 2025                    ANGELO, KILDAY & KILDUFF, LLP

                                                 */s/ Derick E. Konz*
                                         By:_____
                                             DERICK E. KONZ
                                             Attorneys for Defendant OFFICER
                                             ELIAS MCKNIGHT

Dated:  June 10, 2025                    POINTER & BUELNA, LLP

                                                 */s/ Ty Clarke*
                                                 *(as authorized on 6.10.25)*
                                         By:_____
                                             TY CLARKE
                                             Attorneys for Plaintiff JOSE PINEDO

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

|  | **Original Date** | **New Deadline** |
|---|---|---|
| Expert Disclosures | August 8, 2025 | **December 05, 2025** |
| Rebuttal Expert Disclosures | August 22, 2025 | **December 19, 2025** |
| Expert Deposition Deadline |  | **January 31, 2026** |
| Joint Mid-Litigation Statement | September 19, 2025 | Fourteen (14) days prior to the close of discovery |
| Fact Discovery Deadline | October 3, 2025 | **October 03, 2025** |
| Dispositive Motion Deadline | November 28, 2025 | **As previously set, November 28, 2025** |
| Dispositive Motion Hearing |  | **As previously set, January 27, 2026, at 01:00 PM** |
| Joint Pretrial Statement | March 20, 2026 | Seven (7) days prior to the final pretrial conference |
| Final Pretrial Conference | March 27, 2026 | **As previously set, March 27, 2026, at 11:00 AM** |
| Trial | May 11, 2026 | **As previously set, May 11, 2026, at 09:00 AM** |

All other instructions contained in the February 24, 2025 Pretrial Scheduling Order (ECF No. 13) shall remain in effect.

**IT IS SO ORDERED.**

Dated: June 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE